**Dennis Allen MAGGESE,
Plaintiff–Appellant**

v.

**John STOIA; Principal Life Insurance Company, Defendants–Appellees.**

No. 12–4034.

United States Court of Appeals,
Eighth Circuit.

Submitted: July 31, 2013.

Filed: Aug. 8, 2013.

Before WOLLMAN, GRUENDER, and BENTON, Circuit Judges.

PER CURIAM.

Dennis Maggese appeals the district court's [1] adverse grants of summary judgment, as well as the denials of his motions for counsel and for reconsideration. After de novo review, *see Payne v. Grinnell Mut. Reinsurance Co.*, 716 F.3d 487, 490 (8th Cir.2013), we conclude that summary judgment was proper for the reasons stat-

1. The Honorable Robert W. Pratt, United States District Judge for the Southern District of Iowa.

ed by the district court. We also conclude that there was no abuse of discretion in denying Maggese's motions for counsel, *see Plummer v. Grimes,* 87 F.3d 1032, 1033 (8th Cir.1996) (standard of review), or in denying his motion for reconsideration, *see Christensen v. Qwest Pension Plan,* 462 F.3d 913, 920 (8th Cir.2006) (standard of review for Fed.R.Civ.P. 59(e) motion); *Arnold v. Wood,* 238 F.3d 992, 998 (8th Cir.2001) (standard of review for Fed. R.Civ.P. 60(b) motion).

The judgment is affirmed. *See* 8th Cir. R. 47B.